FILED
Jun 30 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ gloriav   DEPUTY

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '22 CR1504 GPC |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 959, 960 and 963 - International Conspiracy to Distribute Cocaine; Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Cocaine; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 18, U.S.C., Secs. 1956(a)(1)(A)(i); 1956(a)(1)(B)(i)1956(a)(2), 1956(a)(2)(B)(i), and 1956(h) - Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Secs. 981(a)(1)(C), 982, Title 21, U.S.C., Sec. 853, and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| CLAUDIA PATRICIA ALVAREZ HERNANDEZ (1), CARLOS AURELIO JUAREZ CARDENAS (2), ▓▓▓▓▓▓▓▓ (3), ▓▓▓▓▓▓▓▓ (4), ▓▓▓▓▓▓▓▓ (5), ▓▓▓▓▓▓▓▓ (6), ▓▓▓▓▓▓▓▓ (7), ▓▓▓▓▓▓▓▓ (8), ▓▓▓▓▓▓▓▓ (9), ▓▓▓▓▓▓▓▓ (10), JUAN CARLOS LOPEZ FLORES (11), aka Chivito, ▓▓▓▓▓▓▓▓ (12), ▓▓▓▓▓▓▓▓ (13), ▓▓▓▓▓▓▓▓ (14), ▓▓▓▓▓▓▓▓ (15), | |

MJS:nlv:San Diego:6/29/22

```
 1  ███████████████████████████████ (16),
 2  ███████████████████████████████
 3  ███████████████████████████████
 4  ███████████████████████ (18),
 5  ███████████████████ (19),
 6  ████████████ (20),
 7  ████████████ (21),
 8  ██████████████████████ (22),
 9  ███████████████████████ (23),
10
11  ███████████████████ (24),
12  PERICLES LEONARDO
       TEJEDA ZORRILLA (25),
13    aka Negro,
14  ██████████████████████████ (26),
15  █████████████████ (27),
       ██████████ (28),
16  ██████████ (29),
       ██████████ (30),
17  ██████████████████
    DAVID EDUARDO
18      RODRIGUEZ MARTINEZ (31),
      aka Pedrito,
19  █████████████████████████ (32),
20  MARIO ALBERTO LEYVA MEDINA (33),
21    aka Guapo,
    ████████████████████ (34),
22
    ██████████████████ (35),
23
    ██████████████████████ (36),
24
25  ████████████████ (37),
26
    ████████████████ (38),
27
    ██████████████ (39),
28
```

```
 1                                    ███ (40),
 2    JUAN PABLO INZUNZA CEJA (41),
                                       ███ (42),
 3
                                       ███ (43),
 4
 5    MANUEL DE JESUS COTA ALVAREZ (44),
         aka Patas,
 6                                     ███ (45),
 7
      PABLO DE JESUS LOPEZ FLORES (46),
 8       aka Pablito,
                                       ███ (47),
 9
      JOSE ANGEL AVENA (48),
10                                     ███ (49),
11
      ELOY VILLEGAS (50),
12
                     Defendants.
13
14         The grand jury charges:
15                                  Count 1
16         Beginning at a date unknown to the grand jury and continuing up to
17    the date of this indictment, within the Southern District of California,
18    the country of Mexico, and elsewhere, defendants ███
19    ███
20    ███
21    ███
22    ███                              JUAN CARLOS LOPEZ FLORES, aka Chivito,
23    ███
24    ███
25    ███
26    ███
27    ███
28    ███
```

3

1  ▮
2  ▮
3  ▮ DAVID EDUARDO RODRIGUEZ MARTINEZ, aka
4  Pedrito, ▮ MARIO ALBERTO LEYVA
5  MEDINA, aka Guapo, ▮
6  ▮
7  ▮
8  ▮
9  ▮ JUAN PABLO INZUNZA CEJA, ▮
10 ▮ MANUEL DE JESUS COTA
11 ALVAREZ, aka Patas, ▮ PABLO DE
12 JESUS LOPEZ FLORES, aka Pablito, ▮
13 ▮ and JOSE ANGEL AVENA, who will first enter the United States
14 within the Southern District of California, did knowingly and
15 intentionally conspire with each other and with other persons known and
16 unknown to the grand jury, to distribute and cause the distribution of
17 a controlled substance, to wit: 5 kilograms and more of a mixture and
18 substance containing a detectable amount of cocaine, a Schedule II
19 Controlled Substance, intending, knowing and having reasonable cause to
20 believe that such cocaine, would be unlawfully imported into the United
21 States; all in violation of Title 21, United States Code, Sections 959,
22 960, and 963.

                                Count 2

24 Beginning at a date unknown to the grand jury and continuing up to
25 the date of this indictment, within the Southern District of California,
26 and elsewhere, defendants CLAUDIA PATRICIA ALVAREZ HERNANDEZ, CARLOS
27 AURELIO JUAREZ CARDENAS, ▮
28 ▮

1  ██████████████████████ ██████████████████████
2  ██████████████████████ ██████████████████████
3  ████████████████████████ JUAN CARLOS LOPEZ FLORES,
4  aka Chivito, ██████████████████████████████
5  ██████████████████████████████████████████████
6  ██████████████████████████████████████████████
7  ██████████████████████████████████████████████
8  ██████████████████████████████████████████████
9  ██████████████████████████████████████████████
10 ██████████████████████████████████████████████
11 ████████████ PERICLES LEONARDO TEJEDA ZORRILLA, aka
12 Negro, ███████████████████████████████████████
13 ██████████████████████████████████████████████
14 ██████████████ DAVID EDUARDO RODRIGUEZ MARTINEZ, aka
15 Pedrito, ████████████████████ MARIO ALBERTO LEYVA
16 MEDINA, aka Guapo, ███████████████████████████
17 ██████████████████████████████████████████████
18 ██████████████████████████████████████████████
19 ██████████████████████████████████████████████
20 ███████ JUAN PABLO INZUNZA CEJA, █████████████
21 █████████████████████████████ MANUEL DE JESUS COTA
22 ALVAREZ, aka Patas, ██████████████████ PABLO DE
23 JESUS LOPEZ FLORES, aka Pablito, ██████████████
24 ███████ JOSE ANGEL AVENA, ██████████████, and ELOY
25 VILLEGAS, did knowingly and intentionally conspire with each other and
26 with other persons, known and unknown to the grand jury, to import a
27 controlled substance, to wit: 5 kilograms and more of a mixture and
28 substance containing a detectable amount of cocaine, a Schedule II

Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

Count 3

Beginning on a date unknown to the grand jury and continuing up to the date of this indictment, within the Southern District of California and elsewhere, defendants CLAUDIA PATRICIA ALVAREZ HERNANDEZ, CARLOS AURELIO JUAREZ CARDENAS, ███ JUAN CARLOS LOPEZ FLORES, aka Chivito, ███ PERICLES LEONARDO TEJEDA ZORRILLA, aka Negro, ███ DAVID EDUARDO RODRIGUEZ MARTINEZ, aka Pedrito, ███ MARIO ALBERTO LEYVA MEDINA, aka Guapo, ███

6

1  ███ JUAN PABLO INZUNZA CEJA, ███
2  ███ MANUEL DE JESUS COTA
3  ALVAREZ, aka Patas, ███ PABLO DE
4  JESUS LOPEZ FLORES, aka Pablito, ███
5  ███ JOSE ANGEL AVENA, ███ and ELOY
6  VILLEGAS, did knowingly and intentionally conspire together and with
7  each other and with other persons known and unknown to the grand jury,
8  to distribute 5 kilograms and more of a mixture and substance containing
9  a detectable amount of cocaine, a Schedule II Controlled Substance; in
10 violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 4

12 Beginning on a date unknown to the grand jury and continuing up to
13 the date of this indictment, within the Southern District of California
14 and elsewhere, defendants, CLAUDIA PATRICIA ALVAREZ HERNANDEZ, CARLOS
15 AURELIO JUAREZ CARDENAS, ███
16 ███
17 ███
18 ███
19 ███ JUAN CARLOS LOPEZ FLORES,
20 aka Chivito, ███
21 ███
22 ███
23 ███
24 ███
25 ███
26 ███
27 ███, PERICLES LEONARDO TEJEDA ZORRILLA, aka
28 Negro, ███

1  ████████ ████████████████████████████████████████ █████
2  ████████████████████████████████ DAVID EDUARDO RODRIGUEZ MARTINEZ, aka
3  Pedrito, ████████████████████████████ MARIO ALBERTO LEYVA
4  MEDINA, aka Guapo, ████████████████████ ████████████████
5  ████ ████████████████████████ ████████████████ ████
6  ████████████████████████████████████ ████████████████████████
7  ████ ████████████████████████ ████████████████████████
8  ████ JUAN PABLO INZUNZA CEJA, ████████████████████████
9  ████████████████ MANUEL DE JESUS COTA
10 ALVAREZ, aka Patas, ████████████████████████████ PABLO DE
11 JESUS LOPEZ FLORES, aka Pablito, ████████████████████████
12 ████ JOSE ANGEL AVENA, ████████████████████████████ and ELOY
13 VILLEGAS, did knowingly and intentionally conspire and agree with each
14 other and with other persons, known and unknown to the Grand Jury:
15      a.   to knowingly conduct and attempt to conduct financial
16           transactions affecting interstate and foreign commerce, which
17           involved the proceeds of specified unlawful activity, that is,
18           conspiracy to distribute cocaine, with the intent to promote
19           the carrying on of the specified unlawful activity, and that
20           while conducting and attempting to conduct such financial
21           transactions knew that the property involved in the financial
22           transactions represented the proceeds of some form of unlawful
23           activity in violation of Title 18, United States Code, Section
24           1956(a)(1)(A)(i); and
25 //
26 //
27 //
28 //

b. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, conspiracy to distribute cocaine, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity; in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h).; and,

c. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

d. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the

9

|   |   |
|---|---|
| 1 | location, the source, the ownership, and the control of the |
| 2 | proceeds of specified unlawful activity, that is, the |
| 3 | felonious importation and distribution of controlled |
| 4 | substances punishable under Title 21, United States Code, |
| 5 | Chapter 13, in violation of Title 18, United States Code, |
| 6 | Section 1956(a)(2)(B)(i). |
| 7 | All in violation of Title 18, United States Code, Section 1956(h). |

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 982, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants CLAUDIA PATRICIA ALVAREZ HERNANDEZ, CARLOS AURELIO JUAREZ CARDENAS, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ JUAN CARLOS LOPEZ FLORES, aka Chivito, ███████████████████████████████████████████████████████████████████████████████

1 ▆
2 ▆
3 ▆
4 ▆ PERICLES LEONARDO TEJEDA ZORRILLA, aka Negro, ▆
5 ▆
6 ▆
7 DAVID EDUARDO RODRIGUEZ MARTINEZ, aka Pedrito, ▆
8 ▆ MARIO ALBERTO LEYVA MEDINA, aka Guapo, ▆
9 ▆
10 ▆
11 ▆
12 ▆ JUAN PABLO INZUNZA
13 CEJA, ▆
14 ▆ MANUEL DE JESUS COTA ALVAREZ, aka Patas, ▆
15 ▆ PABLO DE JESUS LOPEZ FLORES, aka Pablito, ▆
16 ▆ JOSE ANGEL AVENA, ▆
17 ▆ and ELOY VILLEGAS, shall forfeit to the United States
18 all their rights, title and interest in any and all property
19 constituting, or derived from, any proceeds the defendants obtained,
20 directly or indirectly, as the result of the offenses, and any and all
21 property used or intended to be used in any manner or part to commit
22 and to facilitate the commission of the violations.
23    3.  Upon conviction of the offense alleged in Count 4 of this
24 Indictment, and pursuant to Title 18, United States Code,
25 Section 982(a)(1), defendants CLAUDIA PATRICIA ALVAREZ HERNANDEZ, CARLOS
26 AURELIO JUAREZ CARDENAS, ▆
27 ▆
28 ▆

11

```
 1  ███████████████████████████████████████
 2  ███████████████████████████████ JUAN CARLOS LOPEZ FLORES,
 3  aka Chivito, ██████████████████████████████████████
 4  ███████████████████████████████████████████████████
 5  ███████████████████████████████████████████████████
 6  ███████████████████████████████████████████████████
 7  ███████████████████████████████████████████████████
 8  ███████████████████████████████████████████████████
 9  ███████████████████████████████████████████████████
10  ██████████████████████ PERICLES LEONARDO TEJEDA ZORRILLA, aka
11  Negro, █████████████████████████████████████████████
12  ███████████████████████████████████████████████████
13  ██████████████████████ DAVID EDUARDO RODRIGUEZ MARTINEZ, aka
14  Pedrito, ██████████████████████████ MARIO ALBERTO LEYVA
15  MEDINA, aka Guapo, █████████████████████████████████
16  ███████████████████████████████████████████████████
17  ███████████████████████████████████████████████████
18  ███████████████████████████████████████████████████
19  █████████ JUAN PABLO INZUNZA CEJA, ████████████████
20  ██████████████████████████████████ MANUEL DE JESUS COTA
21  ALVAREZ, aka Patas, ███████████████████████ PABLO DE
22  JESUS LOPEZ FLORES, aka Pablito, ██████████████████
23  ███████ JOSE ANGEL AVENA, ████████████████, and ELOY
24  VILLEGAS, shall forfeit to the United States, all property, real and
25  personal, involved in such offense, and all property traceable to such
26  property.
27  //
28  //
```

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 982, Title 18, United States Code Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: June 30, 2022.

A TRUE BILL:

RANDY S. GROSSMAN
United States Attorney

By: /s/ for Matthew J. Sutton
MATTHEW J. SUTTON
Assistant U.S. Attorney

By: /s/ Mikaela L. Weber
MIKAELA L. WEBER
Assistant U.S. Attorney

I hereby attest and certify on Jul 01, 2022 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ G. Vocal
Deputy